No. 2,285.—THE STATE OF MONTANA, RESPONDENT, *v.*
GEORGE C. WATSON, APPELLANT.

*Appeal from District Court, Silver Bow County; Michael
Donlan, Judge.*

Decided May 4, 1906.

PER CURIAM.—For failure of appellant to file brief herein,
the appeal is, on motion of respondent, hereby dismissed.

*Messrs. Maury & Hogevoll,* and *Mr. John G. Brown,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.

---

No. 2,265.—W. D. STORY, APPELLANT, *v.* CHARLES PITMAN,
RESPONDENT.

*Appeal from District Court, Carbon County; Frank Henry,
Judge.*

Decided May 14, 1906.

PER CURIAM.—The appeal herein is hereby dismissed as settled.

*Mr. H. C. Crippen,* for Appellant.